UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DOUGLAS CORNELL JACKSON,

       Plaintiff,

v.

LEAH BEREAN et al.,

       Defendants.
_____/

Case No. 1:19-cv-380

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.


Dated: September 27, 2019        /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge